# United States Court of Appeals

### For the Eighth Circuit

_____

No. 16-3594

_____

Xiaoyong An O'Neal

*Plaintiff - Appellant*

v.

Nancy A. Berryhill,[1] Acting Commissioner of Social Security; SSA Office of
General Counsel

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - Cape Girardeau

_____

Submitted: June 29, 2017
Filed: July 6, 2017
[Unpublished]

_____

Before BENTON, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

---

[1]Nancy A. Berryhill has been appointed to serve as Acting Commissioner of
Social Security, and is substituted as appellee pursuant to Federal Rule of Appellate
Procedure 43(c).

Xiaoyong An O'Neal appeals an order of the district court[2] affirming the Commissioner's denial of supplemental security income (SSI) following a hearing before an administrative law judge (ALJ). O'Neal argues that the ALJ erred in determining that she is financially ineligible to receive SSI benefits because she is a single individual with "countable resources" in excess of the statutory $2,000 limit. *See* 42 U.S.C. § 1382(a); 20 C.F.R. § 416.1201. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

Following de novo review, this court finds no legal error and concludes that substantial evidence in the record as a whole supports the ALJ's determination. *See Draper v. Colvin*, 779 F.3d 556, 559 (8th Cir. 2015).

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____

[2]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri, adopting the report and recommendations of the Honorable John M. Bodenhausen, United States Magistrate Judge for the Eastern District of Missouri.